Richard W. Freeman, Jr. (State Bar No. 50533)
 rfreeman@sonic.net
**LAW OFFICES OF RICHARD W. FREEMAN JR.**
PO Box 4601
Santa Rosa, California 95402
Phone: (707) 481 4004 ♦ Fax: (707) 575 8843

Attorney for
NEVA FREEMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA B. FREEMAN, et al., individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, WELLS FARGO HOME LENDING, QUALITY LOAN SERVICE CORPORATION, and DOES 1-50<br><br>    Defendants | CASE NO.: 3:16-cv-03790-RS<br><br>**EX PARTE STIPULATION & [PROPOSED] ORDER ON MOTION and BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rules 65-2 and 7-2, Plaintiff Neva Freeman and Defendant Wells Fargo Bank, N.A. (including its erroneously named divisions, Wells Fargo Home Mortgage and Wells Fargo Home Lending) ("Defendant"), by and through their undersigned counsel stipulate as follows:

**STIPULATION**

1.   Plaintiff initiated her Action in the Superior Court for the County of Sonoma on May 17, 2016 with a Verified Complaint and filed a First Amended Verified Complaint on June 7, 2016;

2.      Plaintiff applied for and obtained an ex parte Temporary Restraining Order ("TRO") from the Sonoma County Superior Court on May 25, 2016 barring defendants from conducting a non-judicial foreclosure on property located at 1448 Country Manor Drive, Santa Rosa, California (the "Property");

3.      On June 13, 2016, Plaintiff and Wells Fargo stipulated to a Continuance of the TRO and the associated Order to Show Cause re: Preliminary Injunction to July 20, 2016;

4.      Wells Fargo removed this action from the Sonoma County Superior Court on July 6, 2016;

5.      Wells Fargo will further postpone the foreclosure on the Property to allow Plaintiff to bring a motion for a preliminary injunction pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules;

6.      Plaintiff will file a motion for a preliminary injunction no later than July 20, 2016 and will set the hearing on that motion no later than September 1, 2016 and Wells Fargo will postpone the non-judicial foreclosure of the Property until after September 1, 2016;

7.      Opposition and reply briefing on the motion for preliminary injunction shall be pursuant to the Local Rules.

8.      By this stipulation, Wells Fargo is not agreeing to the validity or propriety of the initial TRO.  This stipulation and the agreement to postpone foreclosure shall be of no force and effect if the action is dismissed prior to September 1, 2016 or remanded back to the Sonoma County Superior Court.

///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: July 19, 2016                ANGLIN, FLEWELLING, RASMUSSEN,
                                    CAMPBELL & TRYTTEN LLP

                                    By: /s Robert A. Bailey
                                    Robert A. Bailey
                                    rbai1eyafrct.com
                                    Attorneys for Defendant
                                    WELLS FARGO BANK, N.A.


Dated: July 19, 2016                LAW OFFICES OF RICHARD W. FREEMAN,
                                    JR.


                                    By: /s Richard W. Freeman Jr.
                                    Richard W. Freeman, Jr.
                                    rfreeman@sonic.net
                                    Attorneys for Plaintiff
                                    NEVA FREEMAN


### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFORE FROM THE STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: July 2 9 2016

_[signature]_

The Honorable Richard Seeborg
Judge of the District Court for the Northern District of CA

-4-

CASE NO.: 3:16-03790-RS
STIPULATION ON BRIEFING FOR MOTION FOR PRELIMINARY INJUNCTION