UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA B. FREEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03790-RS<br><br>**CORRECTED ORDER REGARDING SCHEDULE** |

　　Plaintiff Neva Freeman's motion for a preliminary injunction, Dkt. No. 17, and motion to remand this action, Dkt. No. 21, shall be heard on September 8, 2016, alongside defendant Quality Loan Service Corporation's motion to dismiss, Dkt. No. 22, and defendant Wells Fargo Bank, N.A.'s motion to dismiss, Dkt. No. 24.  The hearing shall take place at 1:30 p.m. in Courtroom 3, 17th Floor, San Francisco.  Wells Fargo shall postpone the non-judicial foreclosure of the Property until after September 8, 2016.  *See* Dkt. No. 15.

**IT IS SO ORDERED**.

Dated: July 28, 2016

_____
RICHARD SEEBORG
United States District Judge