UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVA B. FREEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; et al.,<br><br>Defendants. | CASE NO.: 3:16-cv-03790-RS<br><br>*[Assigned to the Honorable Richard Seeborg]*<br><br>**ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON MOTIONS SET FOR HEARING ON SEPTEMBER 8, 2016**<br><br>*[Filed concurrently with Stipulation Re: Briefing Schedule]*<br><br>Date:   September 8, 2016<br>Time:   1:30 p.m.<br>Crtrm.: 3 – 17th Floor |

Based on the Stipulation Re: Briefing Schedule on Motions Set for Hearing on September 8, 2016 and good cause appearing therefore, the deadline for the Oppositions to Plaintiff Neva B. Freeman's Motion for Remand (Dkt. No. 21), Plaintiff's Motion for Preliminary Injunction (Dkt. No. 17) and Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 24) are continued to August 18, 2016. Any Replies to such Oppositions are continued to August 25, 2016.

IT IS SO ORDERED.

Dated: __August 2__, 2016

_____
HONORABLE RICHARD SEEBORG
U.S. DISTRICT JUDGE