1  Peter C. Freeman (State Bar No. 100744)
   **LAW OFFICES OF PETER C. FREEMAN**
2  384 Forest Avenue  Suite 23A
   Laguna Beach, CA  92651
3  Phone: (949) 341-0500  ♦  Fax: (341-0500
   peter@peterfreemanlaw.com
4
   Attorney for
5  NEVA FREEMAN

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | NEVA B. FREEMAN, et al., individuals, | CASE NO.: 3:16-cv-03790-RS |

12 | Plaintiffs, | **EX PARTE STIPULATION & [PROPOSED] ORDER RE:  BRIEFING SCHEDULE ON MOTION OF DEFENDANT QUALITY LOAN SERVICE CORPORATION, SET FOR HEARING ON SEPTEMBER 8, 2016** |

13 | v. |

14 | WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, WELLS FARGO HOME LENDING, QUALITY LOAN SERVICE CORPORATION, and DOES 1-50 |

17 | Defendants. |

21     The interested parties, by and through their undersigned counsel, stipulate as
22 follows:
23     Whereas, Plaintiff Neva Freeman filed and noticed a Motion to Remand and
24 Motion for Preliminary Injunction for hearing on September 1, 2016; and
25     Whereas, on July 27, 2016, Defendant Quality Loan Service Corporation filed and
26 noticed a Motion to Dismiss the claims of Plaintiff Neva Freeman on or about July 27,
27 2016, for hearing on September 8, 2016; and
28     Whereas, Defendant Wells Fargo filed its Motion to Dismiss on or about July 28,

-1-

1  2016 and set it for hearing on September 1, 2016, and

2  Whereas, on July 28, 2016, the Court continued the hearings on Plaintiff's Motions
3  and Defendant Wells Fargo's Motion to September 8, 2016; and

4  Whereas, by Stipulation and order thereon, the Court has altered the briefing
5  schedule for the parties in the Plaintiff's Motions and Defendant Wells Fargo's Motion,
6  such that the Oppositions of the parties to those motions will be due on August 18, 2016,
7  and the Replies to the same will be due on August 25, 2016; and

8  Whereas, the parties hereto desire to alter the briefing schedule for Defendant
9  Quality Loan Service Corporation to the same schedule; and

10 Whereas, no prior request has been made on these grounds and this Stipulation
11 will not impact any dates on the Court's calendar,

12 IT IS SO STIPULATED.

13 Dated: August 5 , 2016                McCARTHY & HOLTHUS, LLP

14
                                        By: /s Matthew B. Learned
15                                      Matthew B. Learned
                                        mlearned@mccarthyholthus.com
16                                      Attorneys for Defendant
17                                      QUALITY LOAN SERVICE CORPORATION

18
19 Dated: August 5, 2016                 LAW OFFICES OF PETER C. FREEMAN

20
                                        By: /s  Peter C. Freeman
21                                      Peter C. Freeman
                                        peter@peterfreemanlaw.com
22                                      Attorneys for Plaintiff
23                                      NEVA FREEMAN

**[PROPOSED] ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, the deadline for Plaintiff's Opposition to the Motion to Dismiss of Defendant Quality Loan Service Corporation's is continued to August 18, 2016, and any Reply to the Opposition is due on August 25, 2016.

Dated: August 8, 2016

_____
The Honorable Richard Seeborg
United States District Judge